# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER LAKE, Individually and as Representative of the Estate of Frederick William Lake, III, Deceased, and as Next Friend of Frederick W. Lake, IV, Katherine Lake and Parker Lake, Minors,<br>*Plaintiffs*<br><br>VS.<br><br>MARRIOTT HOTEL SERVICES, INC., and EXER-TECH, INC.,<br>*Defendants* | § § § § § § § § § § § § § § | CIVIL ACTION NO. _____ |

## INDEX OF DOCUMENTS FOR NOTICE OF REMOVAL

EXHIBIT

    A.    Index of Documents for Notice of Removal

    B.    All executed process in the case   (*No citations were issued because counsel for Defendants agreed to accept service on behalf of their clients*)

    C.    Plaintiff's Original Petition

    D.    Defendant, Marriott Hotel Services, Inc.'s Original Answer and Jury Demand

    E.    Defendant, Exer-Tech, Inc.'s Original Answer

    F.    All Orders signed by the state judge   (*No orders were issued by the State Court*)

    G.    The Docket Sheet

    H.    List of All Counsel of Record