# EXHIBIT
# "C"

**CIVIL CASE INFORMATION SHEET**

Filed 13 November 14 A11:58
Chris Daniel - District Clerk
Harris County
ED101J017820555
By: Nelson Cuero

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2013-68685 / Court: 190** COURT *(FOR CLERK USE ONLY):*

STYLED **JENNIFER LAKE, INDIVIDUALLY, ET AL VS. MARRIOT HOTEL SERVICES,**

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

| | | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|---|
| Name: Randall O. Sorrels | Email: rsorrels@abrahamwa | Plaintiff(s)/Petitioner(s): Jennifer Lake, et al | ☑ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: |
| Address: 800 Commerce St. | Telephone: 713-222-7211 | | Additional Parties in Child Support Case: |
| City/State/Zip: Houston, TX 77002 | Fax: 713-225-0827 | Defendant(s)/Respondent(s): Marriot Hotel Services, I | Custodial Parent: Non-Custodial Parent: |
| Signature: | State Bar No: 18855350 | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract: | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability: | ☐Eminent Domain/ Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: | ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: | ☑Motor Vehicle Accident ☑Premises *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: ___ ☐Other Injury or Damage: | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: | **Other Family Law** ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: | **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order **Parent-Child Relationship** ☐Adoption/Adoption with Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental Rights ☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: | | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court ☐Arbitration-related ☐Attachment ☐Bill of Review ☐Certiorari ☐Class Action | ☐Declaratory Judgment ☐Garnishment ☐Interpleader ☐License ☐Mandamus ☐Post-judgment | ☐Prejudgment Remedy ☐Protective Order ☐Receiver ☐Sequestration ☐Temporary Restraining Order/Injunction ☐Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☑Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2013

Certified Document Number:         58289334 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

Filed 13 November 14 A11:58
Chris Daniel - District Clerk
Harris County
ED101J017820555
By: Nelson Cuero

**2013-68685 / Court: 190**

CAUSE NO. _____

| | |
|---|---|
| JENNIFER LAKE, Individually and as <br> Representative of the Estate of Frederick <br> William Lake, III, Deceased, and as Next <br> Friend of Frederick W. Lake, IV, Katherine Lake, <br> and Parker Lake, <br> Minors, <br>      Plaintiffs <br><br> VS. <br><br> MARRIOTT HOTEL SERVICES, INC., <br> and EXER – TECH, INC. <br>      Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT OF <br><br><br><br><br><br> HARRIS COUNTY, TEXAS <br><br><br><br> _____JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs, JENNIFER LAKE, Individually and as Representative of the Estate of Frederick William Lake, III, Deceased, and as Next Friend of Frederick W. Lake, IV, Katherine Lake, and Parker Lake, Minors and would respectfully show unto the court and jury the following:

### I. DISCOVERY CONTROL PLAN & REQUEST FOR DISCLOSURE

1.1     Pursuant to Rule 190.3 of the Texas Rules of Civil Procedure, Plaintiffs allege that discovery in this case should be conducted under Level 3.

1.2     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose information and material described in Rule 194.2 (a)-(l) within **fifty days** after the service of this request.

Certified Document Number: 58289333 - Page 1 of 10

## II. PARTIES

2.1     Your Plaintiffs, JENNIFER LAKE, Individually and as Representative of the Estate of

Frederick William Lake, III, Deceased, and as Next Friend of Frederick W. Lake, IV, Katherine

Lake, and Parker Lake, Minors are all residents of Dallas County, Texas.

2.2.     The Defendant, Marriott Hotel Services, Inc., is a foreign corporation, doing business in

Texas, which can be served by serving it's attorney of record, Don Lighty at Stevens, Baldo,

Freeman & Lighty, 550 Fannin, Suite 700, Beaumont, Texas 77701.

2.3     Exer-Tech, Inc. is a Texas corporation which can be served with process by serving its

attorney of record, Tory F. Taylor at Litchfield Cavo, LLP, One Riverway, Suite 1000, Houston,

TX 77056.

## III. JURISDICTION & VENUE

3.1     This Court has jurisdiction in this case because damages are within the jurisdictional

limits. Plaintiffs seek monetary relief over $1,000,000.

3.2     Venue is proper in Harris County, Texas under § 15.002(a)(1) of the TEX. CIV. PRAC. &

REM. CODE because all or a substantial part of the events or omissions giving rise to the claim

occurred in Harris County, Texas.

## IV. FACTUAL BACKGROUND

4.1     On May 15, 2013 Frederick William Lake, III was staying as a guest at the Houston

Marriott George Bush Intercontinental Airport as a paying customer. The Houston Marriott

George Bush Intercontinental Airport is owned and operated by the Defendant Marriott

International, Inc. The Marriott George Bush Intercontinental Airport offers an exercise room to

its guests and on May 15, 2013, Mr. Lake was using a treadmill in the exercise room when a

defective condition in the treadmill caused Mr. Lake to fall and strike his head. As a result of this fall, Mr. Lake suffered a serious injury to his head which in turn resulted in his death. The defective condition of the treadmill was a proximate cause of the death of Frederick William Lake, III. The treadmill in question was maintained by the Defendant Exer-Tech, Inc.

## V. WRONGFUL DEATH AND SURVIVAL CLAIMS

5.1      This suit is brought under § 71.001 et seq. of the Texas Civil Practice and Remedies Code for the wrongful death of Frederick William Lake, III by the plaintiffs on behalf of all statutory beneficiaries.

5.2      This suit is also brought by the plaintiffs as the rightful heirs of Frederick William Lake, III under § 71.021 et seq. of the Texas Civil Practice and Remedies Code to recover all damages due to the estate of Frederick William Lake, III.

## VI. PREMISES LIABILITY CAUSE OF ACTION

6.1      Mr. Lake was a paying customer at the Defendant's hotel and as such was an invitee. The hotel was in control of the premises at all times. The condition of the treadmill posed an unreasonable risk of harm to the users of the treadmill. The Defendant knew or reasonable should have known of the danger. The Defendant breached its duty of ordinary care by both failing to make the condition reasonable safe and failing to adequately warn the plaintiff of the condition. The Defendant's breach proximately caused the plaintiff's injury.

## VII. NEGLIGENCE CAUSE OF ACTION AGAINST EXER-TECH, INC.

7.1      The death of Mr. Lake was proximately caused by the negligence of the Defendant Exer-Tech, Inc. in failing to properly maintain and repair the treadmill in question.

Certified Document Number: 58289333 - Page 4 of 10

## VIII. DAMAGES

**Jennifer Lake, Individually**

8.1     Plaintiff Jennifer Lake, as the surviving spouse of Frederick William Lake III is entitled to at least the following legal damages as a result of the conduct of the Defendants:

(a)     Loss of consortium, love, affection, companionship, society, support, counsel, guidance and contributions suffered, in the past, as a result of the death of her husband;

(b)     Loss of consortium, love, affection, society, support, counsel, guidance and contributions that, in reasonable probability, she will suffer in the future as a result of the death of her husband;

(c)     The grief, bereavement, emotional pain, mental anguish, torment and suffering experienced, in the past, because of the death of her husband;

(d)     The grief, bereavement, emotional pain, mental anguish, torment and suffering, in reasonable probability, she will suffer in the future as a result of the death of her husband; and

(e)     Lost wages, economic support and financial contributions in the past and in reasonable probability she will suffer in the future as a result of the death of her husband.

11.2     Each of the foregoing items of damage is in excess of the minimum jurisdictional limits of the Court.

**Jennifer Lake As Next Friend of**
**Frederick W. Lake, IV, Katherine Lake, and Parker Lake, Minors**

11.3     Plaintiff Jennifer Lake brings suit as next friend of and on behalf of the minor children of Decedent, Frederick William Lake, III, Frederick W. Lake, IV, Katherine Lake, and Parker Lake, Minors, who are entitled to at least the following legal damages as a result of the conduct of the Defendants:

(a)     Loss of consortium, love, affection, companionship, society, support, counsel, guidance and contributions suffered, in the past, as a result of the death of their father;

(b)     Loss of consortium, love, affection, society, support, counsel, guidance and

Certified Document Number: 58289333 - Page 6 of 10

contributions that, in reasonable probability, she will suffer in the future as a result of the death of their father;

(c)     The grief, bereavement, emotional pain, mental anguish, torment and suffering experienced, in the past, because of the death of their father;

(d)     The grief, bereavement, emotional pain, mental anguish, torment and suffering, in reasonable probability, she will suffer in the future as a result of the death of their father; and

(e)     Loss of inheritance, lost wages, economic support and financial contributions in the past and in reasonable probability they will suffer in the future as a result of the death of their father.

11.4    Each of the foregoing items of damages are in excess of the minimum jurisdictional limits of the Court.

## XII. ACTUAL DAMAGES – SURVIVAL ACTION

12.1    Plaintiff Jennifer Lake, as representative of the estate of Frederick W. Lake, III, seeks to recover from Defendants, jointly and severally, the following damages incurred by Ismael T and his estate pursuant to Tex. Civ. Prac. & Rem. Code 71.021:

(a)     Physical pain and suffering experienced by Frederick William Lake, III prior to his death;

(b)     Mental anguish suffered by Frederick W. Lake, III prior to his death; and

(c)     Reasonable expenses for the funeral and burial of Frederick William Lake, III.

## XIII. CONDITIONS PRECEDENT

13.1    All conditions precedent to Plaintiffs recovery have been performed or have occurred.

## PRAYER

For the reasons stated above, Plaintiff respectfully requests that Defendant Marriott Hotel Services, Inc. be cited and commanded to appear and answer herein, that Plaintiff have and

Certified Document Number: 58289333 - Page 8 of 10

recover of Defendants, jointly and severally, actual damages, pre- and post-judgment interest, court costs, and such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,**
**SORRELS, AGOSTO & FRIEND**

By: _____

RANDALL O. SORRELS
State Bar No. 18855350
800 Commerce St.
Houston, Texas 77002
Telephone: 713-222-7211
Facsimile: 713-225-0827

Certified Document Number: 58289333 - Page 10 of 10



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2013

Certified Document Number:        58289333 Total Pages:  10

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**