| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Jennifer Lake, §
§
      Plaintiff, §
§
versus §   Civil Action H-13-3696
§
Marriott Hotel Services, Inc., et al., §
§
      Defendants. §

## Order to Remand

On the motion of Marriott Hotel Services, Inc., this case is remanded to the 190th District Court of Texas, Harris County. (18)

Signed on January 31, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge